UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-cv-20109-Altonaga/O'Sullivan

LD TECHNOLOGY, LLC, a Florida corporation,

    Plaintiff,

vs.

IMPETO MEDICAL SAS aka IMPETO MEDICAL COMPANY, a French corporation, and IMPETO MEDICAL, INC., a Delaware corporation,

    Defendants.
_____

IMPETO MEDICAL SAS aka IMPETO MEDICAL COMPANY, a French corporation,

    Counter-Plaintiff,

vs.

LD TECHNOLOGY, LLC, a Florida corporation, and DR. ALBERT MAAREK, an individual,

    Counter-Defendants.

**EXPEDITED MOTION TO STRIKE
IMPETO'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

Plaintiff/Counter-Defendant, LD Technology, LLC ("LD Tech"), and Counter-Defendant, Dr. Albert Maarek ("Maarek," and collectively with LD Tech, "Plaintiff"), by and through their undersigned counsel, respectfully moves this Court to Strike Impeto's Responsive Claim Construction Brief [D.E. 47] ("Impeto's Response Brief") for failure to comply with Local Rule 7.1(c) regarding page limitations of memorandum.

On October 09, 2015, Impeto's filed its forty (40) page Response Brief. The local rules of this Court limit opposition memorandum to twenty (20) pages without prior leave of the Court. S.D. Fla. L.R. 7.1(c)(2). Impeto neglected to seek leave, and no leave was granted. Indeed, Plaintiff's Responsive Claim Construction Brief [D.E. 46] was less than twenty (20) pages. "[T]he Local Rules place the responsibility for seeking to exceed the Local Rules' page limit squarely on the shoulders of counsel for the filing party." *S.E.C. v. Huff*, No. 08-60315-CIV,

2010 WL 780184, at *1 (S.D. Fla. Mar. 3, 2010) (granting relief to party from opposing party's filing of 39 page brief in violation of S.D. Fla. L.R. 7.1(c)(2)).

Plaintiff anticipates Impeto will contend that the local rules are inapplicable to claim construction briefing. The local rules apply to motions. S.D. Fla. L.R. 7.1(c)(2). A claim construction brief is nothing more than a motion by a party to adopt certain constructions of claim terms in asserted patents.[1] Indeed, multiple federal courts have found similar local rules establishing page limits on memorandums apply to claim construction briefs. *See e.g. Micash, Inc. v. Netspend Corp.*, No. 2:12-cv-248-JRG (E.D. Tex. June 05, 2013) (striking claim construction response brief for failing to stay within page limits of local rules); *Riparius Ventures v. Ascalade Communications*, No. 07-C-3063 (N.D. Ill. May 22, 2008).

Accordingly, Plaintiff respectfully requests the Court strike Impeto's Opposition Brief, or any other relief which the Court deems appropriate, for Impeto's clear and unequivocal violation of the local rules. Plaintiff further respectfully requests that this Court consider this Motion to Strike on an expedited basis in consideration of the November 17, 2015 Markman hearing. *See* Order Resetting Markman Hearing [D.E. 53].

DATED:  November 2, 2015            Respectfully submitted,

**Feldman Gale, P.A.**
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone No.  (305) 358-5001
Facsimile No.  (305) 358-3309

By: */s A. Robert Weaver* _____
     James A. Gale

---

[1] Claim construction is a necessary step in a patent infringement lawsuit. *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 976 (Fed. Cir. 1995). Courts can construe the claim terms on their own. *See e.g. Samson Mfg. Corp. v. Austin Precision Products, Inc.*, No. 09-CV-30027, 2010 WL 2639864, at *3 (D. Mass. June 29, 2010) (court adopting its own construction of a claim term). The briefing submitted by the parties are **motions** that this Court construe certain claim terms in its infringement analysis. *See e.g. Abbey v. Bill Ussery Motors, Inc.*, 74 F.Supp.2d 1217 (S.D. Fla. 1999) (considering a "Motion for Claim Construction"); *Armor Screen Corp. v. Storm Catcher, Inc.*, No. 07-81091-CIV, 2009 WL 899946 (S.D. Fla. Mar. 10, 2009) (considering a "motion for claim construction"); *Arlaine & Gina Rockey, Inc. v. Cordis Corp.*, No. 02-22555-CIV, 2004 WL 5504978 (Jan. 5, 2004) (considering a "motion for claim construction").

              Florida Bar No. 371726
              EMail: jgale@feldmangale.com
              Gregg H. Metzger
              Florida Bar No. 836850
              EMail: gmetzger@feldmangale.com
              Javier Sobrado
              Florida Bar No. 0044992
              EMail: jsobrado@feldmangale.com
              Matthew N. Horowitz
              Florida Bar No. 98564
              EMail: mhorowitz@feldmangale.com
              Victor Castellucci, Pro Hac
              EMail: vcastellucci@feldmangale.com
              A. Robert Weaver
              Florida Bar. No. 92132
              *Counsel for Plaintiff/Counter-Defendants*

## **CERTIFICATE OF PRE-FILING CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff has made reasonable efforts to confer with counsel for Impeto regarding the relief sought in the motion, including e-mail correspondence with Impeto's counsel. Counsel for Plaintiff has been unable to resolve the issues raised in this motion.

*/s/ Javier Sobrado*
Javier Sobrado

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 2, 2015 I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*s/ A. Robert Weaver*
Arthur Robert Weaver

## SERVICE LIST

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:15-cv-20109-ALTONAGA/O'Sullivan**

| | |
|---|---|
| Jordan S. Cohen, Esquire<br>Carlos A. Garcia, Esquire<br>WICKER, SMITH, O'HARA,<br>McCOY & FORD, P.A.<br>515 E. Las Olas Boulevard, SunTrust Center<br>Suite 1400<br>Ft. Lauderdale, FL 33301<br>Phone: (954) 847-4800<br>Fax: (954) 760-9353<br><br>***Counsel for Impeto Medical SAS*** | Monte L. Falcoff (*Pro Hac Vice*)<br>George D. Moustakas (*Pro Hac Vice*)<br>Stephanie L. Dowdy (*Pro Hac Vice*)<br>HARNESS, DICKEY & PIERCE, P.L.C.<br>5445 Corporate Drive<br>Suite 200<br>Troy, MI 48098<br>(248) 641-1600<br>(248) 641-0270 Fax<br><br>***Of Counsel*** |